ORIGINAL

AUSA: Patrick J. Gallagher

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| DAVID PYTLUK, | |
| Defendant. | |

**25 MAG 2669**

**SEALED COMPLAINT**

Violations of 18 U.S.C. § 875(c)

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK:

NICHOLAS REINHOLD, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Threatening Interstate Communications)

1. On or about August 12, 2025, in the Southern District of New York and elsewhere, DAVID PYTLUK, the defendant, knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit, PYTLUK sent iMessages to another individual ("Victim-1"), including threats of violence to Victim-1, while Victim-1 was located in New York, New York.

(Title 18, United States Code, Section 875(c).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with the FBI, and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with law enforcement agents and other people, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### Overview

3. As set forth in greater detail below, on or about August 12, 2025, DAVID PYTLUK, the defendant, sent a series of threatening iMessages to a senior member of the United States Attorney's Office for the Eastern District of New York ("Victim-1"). PYTLUK transmitted these threats through iMessages via a mobile device. In the course of those iMessages, PYTLUK made explicit, violent threats to Victim-1, including "[s]ee you tomorrow d man walking ...." and "[l]ights out time." Law enforcement subsequently identified the individual who made these threats as PYTLUK.

### DAVID PYTLUK's Threats to Victim-1

4.      Based on my training, experience, involvement in this investigation, discussions with other law enforcement agents, interviews of Victim-1, and review of open-source materials, I have learned the following, in substance and in part:

a.      Victim-1 is a senior member of the United States Attorney's Office for the Eastern District of New York.

b.      On or about August 12, 2025, Victim-1 received several iMessages sent to Victim-1's personal cell phone from a particular phone number (the "Pytluk Phone Number"). Below is a screenshot of these iMessages:[1]



c.      Based on my training, experience, and participation in this investigation, I believe that these iMessages include threats of violence, including by referring to Victim-1 as a "d man walking," which I believe to be a reference to "dead man walking," and by stating that it is "Lights out time," which I believe to be a reference to injuring or killing Victim-1.

d.      Victim-1 received these iMessages while Victim-1 was in New York, New York.

---

[1] The phone number and a variation on Victim-1's name have been redacted from this image.

e.      iMessage is an instant messaging service operated by Apple Inc. ("Apple"). Individual iMessages are transmitted through Apple's servers, which are located outside of the State of New York.  Based on my training, experience, and participation in other investigations, I believe that the threatening iMessages sent from the Pytluk Phone Number to Victim-1 would have passed through Apple servers outside of the State of New York, and thus they were transmitted in interstate and/or foreign commerce.

## Identification of DAVID PYTLUK

5.      Based on my participation in this investigation, and as described further below, I believe that the user of the Pytluk Phone Number, *i.e.*, the individual who transmitted the threats to Victim-1, is DAVID PYTLUK, the defendant.

6.      Based on information provided by a particular telecommunications company ("Company-1") and a particular mobile virtual network operator ("Company-2"), I have learned the following, in substance and in part:

a.      Company-1 operates a wireless network for mobile devices.

b.      Company-2 offers prepaid mobile device subscriber identity module ("SIM") cards to customers at various retail locations.  Once activated, Company-2's SIM cards use Company-1's wireless network for mobile device wireless service.

c.      Company-2 activated Company-1's mobile device wireless service through a SIM card for the Pytluk Phone Number on or about August 5, 2025 (the "Pytluk SIM Card").

d.      A particular third-party payment processor ("Company-3") processed the payment associated with the purchase of the Pytluk SIM Card.

7.      Based on information provided by Company-3, I have learned the following, in substance and in part:

a.      The Pytluk SIM Card was purchased on or about August 5, 2025, at approximately 5:32 p.m. at a store located in New York, New York (the "Store").

b.      The Pytluk SIM Card was activated at the time of sale.

8.      Based on my review of surveillance video from the Store, I have learned that the video captured the individual, later identified as DAVID PYTLUK, the defendant, purchasing the Pytluk SIM Card on or about August 5, 2025 at approximately 5:32 p.m.  Below is a still image from surveillance video that depicts PYTLUK leaving the Store after purchasing the Pytluk SIM Card.

3



9.      I reviewed a law enforcement photograph of DAVID PYTLUK, the defendant, and believe that the appearance of the individual who purchased the Pytluk SIM Card captured on surveillance video, as described above, is consistent with PYTLUK's appearance.

10.      Based on my participation in this investigation, including my review of phone records for the Pytluk Phone Number provided by Company-1 and other information provided to law enforcement, I have learned the following, in substance and in part:

a.      On or about August 17, 2025, the Pytluk Phone Number made several outgoing phone calls to a particular phone number associated with a prepaid debit card company ("Company-4").

b.      Based on information provided by Company-4, I have learned the following, in substance and in part:

i.      The Pytluk Phone Number is associated with a Company-4 cardholder named "David Pytluk."

ii.      The Company-4 cardholder information for the Pytluk Phone Number is associated with a particular date of birth, which matches the date of birth for PYTLUK, according to law enforcement records.

iii.      The Company-4 cardholder information for the Pytluk Phone Number is associated with a particular social security number, which matches the social security number for PYTLUK, according to law enforcement records.

iv.      The Company-4 cardholder information for the Pytluk Phone Number is associated with a particular address ("Address-1"), which matches an address for PYTLUK, according to law enforcement records and New York Department of Motor Vehicles records.

c.      Based on records provided by Company-1, the cellphone associated with the Pytluk Phone Number appears to have been located near Address-1 on or about August 19, 2025 and on or about August 20, 2025.

4

## Interview of Victim-1

11.     Based on my conversations with law enforcement agents and Victim-1, I have learned that Victim-1 stated, in substance and in part, that Victim-1 did not know who might be trying to threaten Victim-1 or who might be associated with the Pytluk Phone Number, and that Victim-1 does not know DAVID PYTLUK, the defendant.

12.     Based on the information set forth herein, including that surveillance video captured an individual who appears to be DAVID PYTLUK, the defendant, purchasing the Pytluk SIM Card, the Pytluk Phone Number is associated with a Company-4 account for an individual named "David Pytluk" with a particular date of birth, a particular social security number, and Address-1, all of which are associated with PYTLUK, and the Pytluk Phone Number appears to have been at or near Address-1 on or about August 19 and 20, 2025, I believe that the person who sent the threatening text messages from the Pytluk Phone Number to Victim-1 is, in fact, PYTLUK.

Nicholas Reinhold
Special Agent
Federal Bureau of Investigation


Sworn to me, this 22nd day of August, 2025.

THE HONORABLE BARBARA MOSES
United States Magistrate Judge
Southern District of New York

5