UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 26 Cr. |
| DAVID PYTLUK, | |
| Defendant. | **26 CRIM 110** |

## COUNT ONE
### (Threatening Interstate Communications)

The Grand Jury charges:

1.     On or about August 12, 2025, in the Southern District of New York and elsewhere, DAVID PYTLUK, the defendant, knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit, PYTLUK sent iMessages to another individual ("Victim-1"), including communications that Victim-1 received in New York, New York, in which PYTLUK threatened to kill and injure Victim-1.

(Title 18, United States Code, Section 875(c).)

_____                    _____
FOREPERSON                                              JAY CLAYTON
                                                                   United States Attorney