**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

UNITED STATES OF AMERICA,                      :
                                               :
                     Government,       :        26 Cr. 110 (RMB)
                                               :
      - against -                         :        **ORDER**
                                               :
                                               :
DAVID PYTLUK,                                  :
                                               :
                    Defendant.       :
--------------------------------------------------------------x


       The status conference scheduled for April 22, 2026 at 1:00 P.M. will take place in

Courtroom 17B.


Dated: April 17, 2026
       New York, NY


_____
          **RICHARD M. BERMAN**
              **U.S.D.J.**