**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                          Government,          :        26 CR. 110 (RMB)
                                               :
            - against -                        :        **ORDER**
                                               :
                                               :
DAVID PYTLUK,                                  :
                                               :
                          Defendant.           :
------------------------------------------------------------------x


The plea hearing scheduled for Thursday, June 18, 2026 at 10:00 A.M. will take

place in Courtroom 17B.




Dated: June 10, 2026
       New York, NY

_____

RICHARD M. BERMAN
U.S.D.J.