**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,          :
                                   :
                    Government,    :          26 CR. 110 (RMB)
                                   :
        - against -                :          **ORDER**
                                   :
                                   :
DAVID PYTLUK.,                     :
                                   :
                    Defendant.     :
-------------------------------------------------------------x


The plea scheduled for Thursday, July 9, 2026 at 11:00 A.M. will take place in

Courtroom 17B.


Dated: July 1, 2026
       New York, NY

                                            _____
                                               RICHARD M. BERMAN
                                               U.S.D.J.