**WL| Wright Law**
ATTORNEY AT LAW

299 BROADWAY, SUITE 708
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
wrightlawnyc@gmail.com

July 8, 2026

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re:** ***United States* v. *David Pytluk DK # 26-CR-00110 (RMB)***

Dear Judge Berman:

I represent David Pytluk and write today to respectfully request a short adjournment of Mr. Pytluk's change of plea hearing that is currently scheduled for July 9, 2026 at 11:00am. This is my first such request and is made with the gracious consent of the government.

I make this request as I have personal matter regarding a family member on July 9, 2026, that would prevent me from appearing in court. I therefore respectfully request that Mr. Pytluk's change of plea hearing be adjourned until July 16, 2026 at 10:00am; a date and time that I understand the Court is available.

Sincerely,
/s/
Christopher Wright

cc: AUSA Patrick J. Gallagher

Application granted. The change of plea hearing is adjourned to July 16, 2026 at 10:00 a.m. in Courtroom 17B.

SO ORDERED:
Date: 7/8/2026

Richard M. Berman
Richard M. Berman, U.S.D.J.