**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 26 Cr. 110 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| DAVID PYTLUK, | : | |
| | : | |
| Defendant. | : | |

--------------------------------------------------------------x

The change of plea hearing previously scheduled for Thursday, July 16, 2026 at 10:00 a.m. is rescheduled to Tuesday, July 21, 2026 at 12:00 P.M. in Courtroom 17B.

Dated: July 15, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**