**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 26 CR. 110 (RMB)

- against - : **ORDER**

DAVID PYTLUK, :

Defendant. :

--------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, November 4, 2026 at 9:30 A.M. will take place in Courtroom 17B.

Dated: October 29, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.